NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE WILLIAM E. ADAMS

---

2010-1074
(Serial No. 10/873, 903)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

LYNN J. ALSTADT, Buchanan Ingersoll & Rooney PC, of Pittsburgh, Pennsylvania, argued for appellant.

JOSEPH G. PICCOLO, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were RAYMOND T. CHEN, Solicitor, and KRISTI L.R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 21, 20010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |